EDA

FILED
MARCH 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 1365

| In the Matter of | Case Number: |

HUMBERTO TINOCO, et al., on behalf of themselves and all other employees similarly situated, known and unknown,
v.
OCTAVIO TAPIA, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The plaintiffs, HUMBERTO TINOCO, CESAR MENDEZ, JOSE MAURICIO, RICARDO MORALES, APOLINAR RODRIGUEZ, and ANASTACIO PEREZ.

JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN

| NAME (Type or print) |
| --- |
| Paul Luka |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Paul Luka |
| FIRM |
| Amatore & Associates, P.C. |
| STREET ADDRESS |
| 120 S. State St., Ste. 400 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6288860 | 312.236.9825 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐