UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUMBERTO TINOCO, CESAR MENDEZ, JOSE MAURICIO, RICARDO MORALES, APOLINAR RODRIGUEZ, and ANASTACIO PEREZ, on behalf of themselves and all other employees similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> OCTAVIO TAPIA, individually, and AMERICA AUTO SERVICE, INC., an Illinois corporation, <br><br> Defendants. | No.   08 C 1365 <br><br> JUDGE AMY J. ST. EVE |

## JURY DEMAND

The Defendants, OCTAVIO TAPIA, individually, and AMERICA AUTO SERVICE, INC., an Illinois corporation, by their attorneys herein, KELLY & KING, P.C. respectfully request a trial by a twelve (12) person jury in the above-captioned matter.

                                                                 s/ Paul E. Kelly
                                                One of the Attorneys for Defendants,
                                                OCTAVIO TAPIA and AMERICA
                                                AUTO SERVICE, INC.

Paul E. Kelly
KELLY & KING, P.C.
20 North Clark Street
Suite 2900
Chicago, Illinois 60602
312-553-5290
ARDC No. 1437356