UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Humberto Tinoco, et al.
                    Plaintiff,
v.                                            Case No.: 1:08−cv−01365
                                              Honorable Amy J. St. Eve
Octavio Tapia, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on
4/15/2008. The court adopts the joint status report. ( Status hearing set for 6/10/2008 at
08:30 AM. Rule 26(a)(1) disclosures due 4/29/2008. Written discovery to be issued by
5/16/2008. Fact discovery ordered closed by 11/20/2008. Expert discovery ordered closed
by 1/31/2009. Dispositive motions with supporting memoranda due by 3/31/2009. Case
referred to Magistrate Judge Nolan to conduct a settlement conference.)Mailed
notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.