**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Humberto Tinoco, et al.
                Plaintiff,

v.                                     Case No.: 1:08−cv−01365
                                          Honorable Amy J. St. Eve

Octavio Tapia, et al.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: SETTLEMENT CONFERENCE.(tmh, )Mailed notice.

Dated: April 15, 2008

                                                                     /s/ Amy J. St. Eve

                                                               United States District Judge