UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUMBERTO TINOCO, CESAR MENDEZ, JOSE MAURICIO, RICARDO MORALES, APOLINAR RODRIGUEZ, and ANASTACIO PEREZ, on behalf of themselves and all other employees similarly situated, known and unknown,<br><br>      Plaintiffs,<br><br>v.<br><br>OCTAVIO TAPIA, individually, and AMERICA AUTO SERVICE, INC., an Illinois corporation,<br><br>      Defendants. | No. 08 C 1365<br><br>JUDGE AMY J. ST. EVE |

## DEFENDANTS' DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

TO: Mr. Paul Luka
   AMATORE & ASSOCIATES, P.C.
   120 S. State Street, Suite 400
   Chicago, IL 60603

NOW COMES the Defendants, OCTAVIO TAPIA, individually, and AMERICA AUTO SERVICE, INC., an Illinois Corporation, by and through their attorneys, KELLY & KING, P.C., and provides the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

A. **WITNESSES**

  **Parties**
  Octavio Tapia
  Humberto Tinoco
  Cesar Mendez
  Jose Mauricio
  Ricardo Morales

Apolinar Rodriguez
Anastacio Perez

**Witnesses**
Alberto Tapia
Areli Tapia
Jose Tapia
The above three witnesses are employees of Defendant corporation and have knowledge of facts and circumstances of Plaintiffs' employment, including their hours of employment and pay.

Amin Hussain
Mr. Hussain is the accountant for the Defendant corporation and has knowledge of the payroll and accounting for the corporation.

**B.   DOCUMENTS**

Time Cards
W-2's
Tax Returns
Payroll records
Employment records

**C.   DAMAGES COMPUTATIONS**

Defendants do not know at present what, if any damages the Plaintiffs are entitled to. Defendants claim that Plaintiffs are not entitled to liquidated damages or damages that date back more than two years.

**D.   INSURANCE**

Defendants have no indication that this claim is covered by insurance.

                                                s/ Paul E. Kelly
                                                One of the Attorneys for Plaintiff

Paul E. Kelly - Attorney No. 1437356
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290

## PROOF OF SERVICE

I, Paul E. Kelly, attorney for Defendants, certify that I have served a copy of the foregoing **DEFENDANTS' DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1),** to the above listed electronically on May 1, 2008 at or before 5:00 p.m.

s/ Paul E. Kelly