UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUMBERTO TINOCO, CESAR MENDEZ, JOSE MAURICIO, RICARDO MORALES, APOLINAR RODRIGUEZ, and ANASTACIO PEREZ, on behalf of themselves and all other employees similarly situated, known and unknown,<br><br>    Plaintiffs,<br><br>v.<br><br>OCTAVIO TAPIA, individually, and AMERICA AUTO SERVICE, INC., an Illinois corporation,<br>    Defendants. | No. 08 C 1365<br><br>JUDGE AMY J. ST. EVE |

## PROOF OF SERVICE

TO: Roy P. Amatore
   Paul Luka
   AMATORE & ASSOCIATES, P.C.
   120 S. State Street, Suite 400
   Chicago, IL 60603

  The undersigned states that on May 16, 2008, the following discovery documents were served by mailing a copy to the above named attorney at his respective address, via first class mail, properly addressed with postage prepaid, and by placing same in the U.S. Mail bin located at 20 North Clark Street, Chicago, Illinois, at approximately 5:00 P.M.:

  1) DEFENDANTS, OCTAVIO TAPIA AND AMERICA AUTO SERVICE, INC.'S INTERROGATORIES TO EACH PLAINTIFF; and

  2) DEFENDANTS, OCTAVIO TAPIA AND AMERICA AUTO SERVICE, INC.'S REQUEST FOR PRODUCTION TO EACH PLAINTIFF;

                                        s/Paul Kelly
                                        Attorney for Defendants,
                                        OCTAVIO TAPIA and AMERICA
                                        AUTO SERVICE, INC.

Paul E. Kelly
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
ARDC No. 1437356

## CERTIFICATE OF SERVICE

I, Paul E. Kelly, attorney for Defendants herein, certify that I have served a copy of the foregoing PROOF OF SERVICE to:

>Roy P. Amatore
>Paul Luka
>AMATORE & ASSOCIATES, P.C.
>120 S. State Street, Suite 400
>Chicago, IL 60603

electronically on May 16, 2008 at or before 5:00 p.m.; and by first class mail, properly addressed, with postage prepaid, by placing same into the U.S. Mail Box located at 20 North Clark Street, Chicago, Illinois on May 16, 2008, at or before 5:00 p.m.

>s/ Paul E. Kelly