# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Humberto Tinoco, et al.

                    Plaintiff,

v.                                           Case No.: 1:08−cv−01365
                                                 Honorable Amy J. St. Eve

Octavio Tapia, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:The Court directs the parties not to file discovery materials with the Court pursuant to Northern District of Illinois Local Rule 26.3. Instead, the party serving the discovery materials shall retain the original documents. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.