IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HUMBERTO TINOCO**, **CESAR MENDEZ**, **JOSE MAURICIO**, **RICARDO MORALES**, **APOLINAR RODRIGUEZ**, and **ANASTACIO PEREZ**, on behalf of themselves and all other employees similarly situated, known and unknown, <br><br>            Plaintiffs, <br>  v. <br><br>**OCTAVIO TAPIA**, individually, and **AMERICA AUTO SERVICE, INC.**, an Illinois corporation, <br><br>            Defendants. | No.    08 CV 1365 <br><br>Judge Amy J. St. Eve <br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

On **Thursday, June 26, 2008,** at **8:30 a.m.** (piggybacked on status already scheduled) or as soon thereafter as counsel may be heard, I shall appear before Judge St. Eve in Courtroom 1241 at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached motion: **Motion to Strike Defendants' First and Third Affirmative Defenses**.

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 2, 2008, he served a copy of this notice and the indicated document(s) on all attorneys of record by causing them to be issued through the Court's Electronic Case Filing System in accordance with FRCP 5(b)(2)(D), and LR5.9 of the Northern District of Illinois.

                                                /s/ Paul Luka
                                                PAUL LUKA – ARDC # 6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel.
312.236.9826 fax