UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Humberto Tinoco, et al.
                        Plaintiff,

v.                                          Case No.: 1:08−cv−01365
                                                          Honorable Amy J. St. Eve

Octavio Tapia, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/26/2008 and continued to 7/9/08 at 8:30 a.m. Plaintiffs' motion to strike [23] is entered. Defendants' response to plaintiffs' motion to strike [23] to be filed by 7/10/08. Plaintiffs' reply to be filed by 7/17/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.